IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ODONGO DONZIE DEVERO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-1139 |
| | : | |
| THERESA DELBALSO, et al. | : | |

## ORDER

AND NOW, this 2nd day of April, 2019, upon careful and independent consideration of

Petitioner Odongo Donzie Devero's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas

Corpus and the response thereto, and after de novo review of the Report and Recommendation of

United States Magistrate Judge Thomas J. Rueter, to which no objections have been filed,[1] it is

ORDERED:

1.     The Report and Recommendation (Document 16) is APPROVED and ADOPTED;

2.     Devero's Petition (Document 1) is DENIED with prejudice and DISMISSED

without an evidentiary hearing; and

3.     Devero having failed to make a substantial showing of the denial of a constitutional

right, or that reasonable jurists would disagree with this Court's determination, a certificate of

appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84

(2000).

---

[1] The Report and Recommendation was sent to all parties of record on February 5, 2019, together
with a Notice from the Clerk of Court advising the parties of their obligation to file any objections
within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object
to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C.
§ 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). To date, no
objections have been received by the Court.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.